IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUN 21 PM 5: 2_

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| ISSAC LEE HYKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 05-2037- MA/P |
| | ) | |
| JOHN W. SNOW, | ) | |
| Secretary, Department of the Treasury, | ) | |
| Internal Revenue Service, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held June 23, 2005. Present were Darrell J. O'Neal, counsel for plaintiff, and Linda N. Harris, counsel for defendants. At the conference, the following dates were established as the final dates for:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): July 12, 2005

2. Joining Parties: August 23, 2005.

3. Amending Pleadings: September 23, 2005

4. Initial Motions to Dismiss: Octoberr 23, 2005

5. Completing All Discovery: February 23, 2006

   (a) Document Production: February 23, 2006

   (b) Deposition, Interrogatories, Requests for Admissions: February 23, 2006

   (c) Expert Witness Disclosures:

      (1) Disclosure of Plaintiff's Rule 26 Expert: December 23, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

13

    (2)  Disclosure of Defendant's Rule 26 Expert: January 23, 2006

    (3)  Expert Witness Depositions: February 23, 2006

  6.  Filing Dispositive Motions: March 23, 2006

This case is set for a non-jury trial, and the trial is expected to last 1-2 days. The pretrial order date, pretrial conference date, and the trial date will be set by the presiding judge.

The parties cannot assess whether this case is appropriate for ADR until some discovery has been conducted. The parties are ordered to notify the Court no later than February 23, 2006, if they believe ADR is appropriate.

The parties have not consented to trial before the magistrate judge.

This Order has been entered after consultation with the parties pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

  IT IS SO ORDERED.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

Date: June 21, 2005

_____
DARRELL J. O'NEAL
Counsel for Plaintiff

_____
LINDA NETTLES HARRIS
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02037 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Isaac Lee Hykes
P.O. Box 140612
Memphis, TN 38114

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester
Memphis, TN 38116

Honorable Samuel Mays
US DISTRICT COURT