IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ISAAC LEE HYKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. 05-2037-Ma/P |
| | ) | |
| JOHN W. SNOW, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER TO SHOW CAUSE

Before the court is Plaintiff's Motion for a Protective Order, filed November 18, 2005 (Dkt #15). Local Rule 7.2(a)(2) requires that

> the response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

The time for filing a response to Plaintiff's Motion for a Protective Order has passed. Defendant is hereby ORDERED to show cause within seven (7) days from the date of this order why plaintiff's motion should not be granted.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

December 13, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02037 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester
Memphis, TN 38116

Isaac Lee Hykes
P.O. Box 140612
Memphis, TN 38114

Honorable Samuel Mays
US DISTRICT COURT